**Vanetta Marie PERDUE, Plaintiff–Appellant,**

v.

**TOWN OF SNOW HILL, a municipal corporation; Craig Johnson, individually and as agent for the Town of Snow Hill; Orlando A. Blake, individually and as agent, servant and employee of the Snow Hill Police Department and the Town of Snow Hill; Philip R. Fort, individually and as agent for the Maryland State Police Department and the Worcester County Bureau of Investigation; Martin E. Kerner, individually and as agent for the Maryland State Police and the Worcester County Bureau of Investigation; Joel Todd, individually and as agent for the State of Maryland, Defendants–Appellees,**

and

**Crime Solvers of the Lower Eastern Shore, Incorporated, Defendant.**

No. 00–2323.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2001.

Decided April 20, 2001.

Linda Eve Percy; Richard Warren Drury, McMullen, Drury & Pinder, P.A., Towson, MD, for appellant. Deborah Murrell Whelihan, Jordan, Coyne & Savits, Washington, DC; Mark Holdsworth Bowen, Assistant Attorney General, Pikesville, MD; John R. Sullivan, Long, Badger, Sullivan & Robertson, P.A., Salisbury, MD, for appellees.

Before WILKINS and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

**122**

PER CURIAM.

Vanetta Perdue appeals the district court's order granting summary judgment to the Defendants on her employment discrimination claims. Our review of the record included on appeal, and the parties' briefs, discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Perdue v. Town of Snow Hill,* No. CA–98–439–S (D.Md. Aug. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*